THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAYTON MARSHALL, Defendant-Appellant.

(No. 60379;

First District (5th Division)—November 22, 1974.

PER CURIAM.

Katz, Hirsch & Wise, Ltd., of Chicago (Allan A. Ackerman, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael J. Polelle, Assistant State's Attorneys, of counsel), for the People.